THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v EDWIN QUINONES, Respondent. (Appeal No. 2.) [852 NYS2d 874]—

It is hereby ordered that the order so appealed from is unanimously affirmed and the indictment is dismissed.

Same memorandum as in *People v Barbosa* (49 AD3d 1233 [2008]). Present—Scudder, P.J., Hurlbutt, Lunn, Pine and Gorski, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v SALVATORE VIGGIANO, Respondent. (Appeal No. 3.) [852 NYS2d 875]—

It is hereby ordered that the order so appealed from is unanimously affirmed and the indictment is dismissed.

Same memorandum as in *People v Barbosa* (49 AD3d 1233 [2008]). Present—Scudder, P.J., Hurlbutt, Lunn, Pine and Gorski, JJ.